JS - 6

**FILED: 9/2/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., et al<br><br>        Plaintiff,<br><br>vs.<br><br>LEONARD FEINBERG, INC.,<br><br>        Defendants. | **CASE NO. 14-3718 GHK (SSx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   9/2/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE